UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
ROBERT S.D. BERGEN,                     )
                                              )
                         Petitioner,      )   No. C06-819RSL
         v.                          )
                                              )   ORDER DENYING REQUESTS
DR. HENRY RICHARDS,                  )   FOR EVIDENTIARY HEARING
                                              )
                         Respondent.    )
_____)

      This matter comes before the Court on petitioner's requests for an evidentiary hearing (Dkt. #24 - #27). In the April 30, 2007 "Order Denying Motion for Evidentiary Hearing" (Dkt. #22), the Court concluded that the "Court will not consider any further requests for an evidentiary hearing in this closed case." Accordingly, petitioner's requests for an evidentiary hearing (Dkt. #24 - #27) are DENIED.

      DATED this 9th day of August, 2007.

                                         /s/ Robert S. Lasnik
                                         Robert S. Lasnik
                                         United States District Judge

ORDER DENYING PETITIONER'S
REQUESTS FOR AN EVIDENTIARY HEARING