UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
ROBERT S.D. BERGEN,                 )
                                    )   No. C06-819RSL
            Petitioner,             )
      v.                            )
                                    )   ORDER DENYING MOTION
DR. HENRY RICHARDS,                 )   FOR RECONSIDERATION
                                    )
            Respondent.             )
_____)

This matter comes before the Court on petitioner's "Motion for Reconsideration" (Dkt. #29). Petitioner Robert Bergen asks the Court to reconsider its "Order Denying Requests for Evidentiary Hearing" (Dkt. #28). Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Petitioner has failed to identify any manifest error in the Court's prior ruling or to produce new facts or legal authority that would change the Court's original analysis. Accordingly, petitioner's motion for reconsideration (Dkt. #29) is denied.

DATED this 18th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION